IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00561-REB-MEH

BEVERLY KENNEDY, an individual resident of the State of Colorado, and
KENNEDY FARMS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

MICHAEL MCCORMICK, an individual resident of the State of Texas d/b/a MTM Farm,
ROBERT BARBER, D.V.M., an individual resident of the State of Florida d/b/a Laurel Lane Equine Center, and
LAWRENCE WEXLER, D.V.M., an individual resident of the State of Florida,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2012.**

    Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs' Unopposed Motion to Amend Complaint and Jury Demand [filed October 9, 2012; docket #46] is **granted**. The Clerk of the Court is directed to enter the proposed Amended Complaint and Jury Demand [docket #46-1] as filed. Defendants shall respond to Plaintiffs' Amended Complaint and Jury Demand in accordance with Fed. R. Civ. P. 15 and all applicable local and federal rules.