**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00561-REB-MEH

BEVERLY KENNEDY, et al.

    Plaintiffs,

v.

MICHAEL McCORMICK, an individual resident of the State of Texas
    doing business as MTM Farm;

ROBERT BARBER, D.V.M., an individual resident of the State of Florida doing business as Laurel Lane Equine Center;

LAWRENCE WEXLER, D.V.M., an individual resident of the State of Florida;

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the parties' **Stipulated Motion To Transfer Venue Pursuant to 28 U.S.C. § 1404(a)** [#72],[1] filed January 24, 2013.  Having reviewed the motion and record, I conclude that the motion should be granted and that this matter should be transferred to the United States District Court for the Middle District of Florida.

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Transfer Venue Pursuant to 28 U.S.C. § 1404(a)** [#72], filed January 24, 2013, is granted;

2. That this action is transferred to the United States District Court for the Middle District of Florida (Golden-Collum Federal Building and U.S. Courthouse, 207 Northwest Second Street, Suite 337, Ocala, FL 34475-6603);

3. That defendants shall not be deemed to have waived any right to seek any attorney fees and costs that they would be entitled to if this action had remained in the District of Colorado, and plaintiffs shall not be deemed to have waived any right to object to and oppose any such request for attorney fees and costs;

4. That any pending motion or objections are denied as moot; and

5. That the Final Pretrial Conference and Trial Preparation Conference currently scheduled for July 12, 2013, and the jury trial set to commence on July 29, 2013, are vacated.

Dated January 24, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge